IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY PHAT NGOC NGUYEN,

    Plaintiff,

v.

WELLS FARGO BANK, N.A. et al.,

    Defendants.

No. C-10-4081-EDL

**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

On November 1, 2010, Plaintiff filed a "Motion for Leave To File A Motion For Reconsideration" pursuant to Civil Local Rule 7-9(b)(3). This rule requires the moving party to "specifically show . . . [a] manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order." Plaintiff's motion points to two statements in the Court's order denying remand and granting Defendants' motion to dismiss, but does not attempt to explain, let alone "specifically show," how these statements are erroneous or any failure of the Court to consider previously-presented facts or legal arguments. Therefore, Plaintiff's motion fails to meet the requirements of Civil Local Rule 7-9(b)(3) and the motion is DENIED.

**IT IS SO ORDERED.**

Dated: November 2, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge